# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHNEIDER, PHILIP JOHN | § | Case No. 08-72929 |
| SCHNEIDER, LEE ANN | § | |
| | § | |
| Debtor(s) | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/11/2008. The undersigned trustee was appointed on 09/12/2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      20,001.09

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 7,412.78 |
| Bank service fees | 105.63 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 1,500.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 10,982.68 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/12/2009 and the deadline for filing governmental claims was 01/12/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,750.11 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,600.10 , for a total compensation of $ 2,600.10 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 102.00 , for total expenses of $ 102.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/29/2012         By:/s/BRADLEY J. WALLER
                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) (Page: 2)

Page: 1
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 08-72929 MB Judge: MANUEL BARBOSA
Case Name: SCHNEIDER, PHILIP JOHN
SCHNEIDER, LEE ANN
For Period Ending: 03/29/12

Trustee Name: BRADLEY J. WALLER
Date Filed (f) or Converted (c): 09/11/08 (f)
341(a) Meeting Date: 10/10/08
Claims Bar Date: 01/12/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 17264 RIDGE ROAD, | 143,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 1102 W. MAIN ST., THOMPSON, JOINTLY WITH BROTHER | 27,492.00 | 0.00 | DA | 0.00 | FA |
| 3. CASH ON HAND | 50.00 | 0.00 | DA | 0.00 | FA |
| 4. CHECKING - SAUK VALLEY BANK | 101.97 | 0.00 | DA | 0.00 | FA |
| 5. CHECKING ACCT. - US BANK | 79.61 | 0.00 | DA | 0.00 | FA |
| 6. SAVINGS ACCT. - SELECT EMPLOYEES CREDIT UNION | 25.00 | 0.00 | DA | 0.00 | FA |
| 7. SAVINGS ACCT. - SELECT EMPLOYEES CREDIT UNION | 25.00 | 0.00 | DA | 0.00 | FA |
| 8. SAVINGS ACCT. - SAUK VALLEY BANK.- ACCOUNT BELONGS TO SON, BRYAN, FATHER ON ACCOUNT | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. CHECKING ACCT. - MILLIGIVLLE BANK JOINT WITH PERRY SCHNEIDER, BROTHER | 3.00 | 0.00 | DA | 0.00 | FA |
| 10. HOUSEHOLD GOODS AND FURNISHINGS | 1,932.00 | 0.00 | DA | 0.00 | FA |
| 11. SIMPLICITY LAWN MOWER | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 12. FAMILY PHOTOS | 100.00 | 0.00 | DA | 0.00 | FA |
| 13. CLOTHING | 350.00 | 0.00 | DA | 0.00 | FA |
| 14. RINGS | 150.00 | 0.00 | DA | 0.00 | FA |
| 15. TWO TERM POLICIES THROUGH COUNTRY COMPANIES INSU | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. CLAIM FOR WRONGFUL TERMINATION. LITIGATION | Unknown | 20,000.00 | | 20,000.00 | FA |
| 17. 2005 DODGE RAM 1500 | 9,600.00 | 0.00 | DA | 0.00 | FA |
| 18. 1999 OLDSMOBILE ALERO | 3,575.00 | 0.00 | DA | 0.00 | FA |
| 19. 2004 FORD EXPLORER | 9,500.00 | 0.00 | DA | 0.00 | FA |
| 20. 1980 FORD 250 PICKUP | 100.00 | 0.00 | DA | 0.00 | FA |
| 21. 2005 FORD EXPLORER | 15,999.00 | 0.00 | DA | 0.00 | FA |
| 22. 20 HEAD OF MILKING COWS | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 23. MILKING EQUIPMENT | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 24. FARMING EQUIPMENT | 18,900.00 | 0.00 | DA | 0.00 | FA |

Page: 2
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 08-72929 MB Judge: MANUEL BARBOSA
Case Name: SCHNEIDER, PHILIP JOHN
SCHNEIDER, LEE ANN

Trustee Name: BRADLEY J. WALLER
Date Filed (f) or Converted (c): 09/11/08 (f)
341(a) Meeting Date: 10/10/08
Claims Bar Date: 01/12/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. HAY | 3,000.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.09 | FA |
| TOTALS (Excluding Unknown Values) | $317,482.58 | $20,000.00 | | $20,001.09 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Monitoring wrongful termination case

Initial Projected Date of Final Report (TFR): 12/31/09     Current Projected Date of Final Report (TFR): 03/31/12

Page: 1
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 08-72929 -MB
Case Name: SCHNEIDER, PHILIP JOHN
SCHNEIDER, LEE ANN
Taxpayer ID No: ******9093
For Period Ending: 03/29/12

Trustee Name: BRADLEY J. WALLER
Bank Name: The Bank of New York Mellon
Account Number / CD #: ******6065 Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/25/11 | 16 | Federal Insurance Company, 120 Fifth Avenue, Fifth Ave. Place, Pittsburgh, PA 15222-3008 | per court order of 02/23/11 DEPOSIT CHECK #431281 | 1129-000 | 20,000.00 | | 20,000.00 |
| 03/01/11 | 001001 | Thomas D. Murray PC, 115 West First Street, Suite 20, Dixon, IL 61021 | Per court order of 02/23/2011 | 3210-600 | | 6,666.66 | 13,333.34 |
| 03/01/11 | 001002 | Thomas D. Murray PC, 115 W. First Street, Suite 20, Dixon, IL 61021 | Per court order of 02/23/2010 | 3220-610 | | 443.12 | 12,890.22 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 12,890.33 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,890.43 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,890.53 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,890.63 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,890.73 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 24.72 | 12,866.01 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,866.11 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.97 | 12,836.14 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.88 | 12,837.02 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,837.12 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.38 | 12,810.74 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,810.84 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.44 | 12,785.40 |
| 11/18/11 | 001003 | Illinois Department of Revenue, P.O. Box 19009, Springfield, IL 62794-9009 | Taxes | 2820-000 | | 303.00 | 12,482.40 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,482.50 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.88 | 12,454.62 |
| 12/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -27.88 | 12,482.50 |
| | | | Page Subtotals | | 20,000.91 | 7,518.41 | |

LFORM24    UST Form 101-7-TFR (5/1/2011) (Page: 5)    Ver: 16.06

Page: 2
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-72929 -MB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | SCHNEIDER, PHILIP JOHN | Bank Name: | The Bank of New York Mellon |
| | SCHNEIDER, LEE ANN | Account Number / CD #: | *******6065 Money Market Account |
| Taxpayer ID No: | *******9093 | | |
| For Period Ending: | 03/29/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,482.60 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 12,482.68 |
| 01/26/12 | | Transfer to Acct #*******3267 | Bank Funds Transfer | 9999-000 | | 12,482.68 | 0.00 |

| | COLUMN TOTALS | | 20,001.09 | 20,001.09 | |
|---|---|---|---|---|---|
| | Less: Bank Transfers/CD's | | 0.00 | 12,482.68 | |
| | Subtotal | | 20,001.09 | 7,518.41 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 20,001.09 | 7,518.41 | |

Page Subtotals        0.18        12,482.68

Page: 3
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-72929 -MB
Case Name: SCHNEIDER, PHILIP JOHN
SCHNEIDER, LEE ANN
Taxpayer ID No: *******9093
For Period Ending: 03/29/12

Trustee Name: BRADLEY J. WALLER
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******6066 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals 0.00 0.00

LFORM24 UST Form 101-7-TFR (5/1/2011) (Page: 7)
Ver. 16.06

Page: 4
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-72929 -MB
Case Name: SCHNEIDER, PHILIP JOHN
SCHNEIDER, LEE ANN
Taxpayer ID No: *******9093
For Period Ending: 03/29/12

Trustee Name: BRADLEY J. WALLER
Bank Name: Congressional Bank
Account Number / CD #: *******3267 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******6065 | Bank Funds Transfer | 9999-000 | 12,482.68 | | 12,482.68 |
| 03/29/12 | 001001 | Philip John Schneider<br>Lee Ann Schneider<br>17264 Ridge Road<br>Sterling, IL 61081 | Exemption | 8100-000 | | 1,500.00 | 10,982.68 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 12,482.68 | 1,500.00 |
| Less: Bank Transfers/CD's | | 12,482.68 | 0.00 |
| Subtotal | | 0.00 | 1,500.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 0.00 | 1,500.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| Money Market Account - *********6065 | 20,001.09 | 7,518.41 | 0.00 |
| Checking Account - *********6066 | 0.00 | 0.00 | 0.00 |
| Checking Account - *********3267 | 0.00 | 0.00 | 10,982.68 |
| | 20,001.09 | 7,518.41 | 10,982.68 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 12,482.68 1,500.00

| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: March 29, 2012 |
|---|---|---|---|---|---|---|

Case Number: 08-72929  
Debtor Name: SCHNEIDER, PHILIP JOHN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 2200-00 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Administrative | | $102.00 | $0.00 | $102.00 |
| 200 2100-00 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Administrative | | $2,600.10 | $0.00 | $2,600.10 |
| 001 3410-00 | LEE G. SCHWENDNER, CPA<br>DiGiovine, Hnilo, Jordan & Joh<br>2570 Foxfield Road, Suite 301<br>St. Charles, IL 60174 | Administrative | | $1,826.25 | $0.00 | $1,826.25 |
| 1 610 7100-00 | US Bank Corp/Retail Payment Solutions<br>PO BOX 5229<br>Cincinnati, OH 45201 | Unsecured | | $122.80 | $0.00 | $122.80 |
| 2 610 7100-00 | US Bank Corp/Retail Payment Solutions<br>PO BOX 5229<br>Cincinnati, OH 45201 | Unsecured | | $3,426.43 | $0.00 | $3,426.43 |
| 3 610 7100-00 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | Unsecured | | $13,837.43 | $0.00 | $13,837.43 |
| 4 610 7100-00 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 4 -2 610 7100-00 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Unsecured | | $12,377.20 | $0.00 | $12,377.20 |
| 5 610 7100-00 | Select Employees Credit Union<br>c/o Attorney Kelli D. Walker<br>P.O. Box 535<br>Sterling, IL 61081 | Unsecured | | $999.72 | $0.00 | $999.72 |
| 6 610 7100-00 | Select Employees Credit Union<br>c/o Attorney Kelli D. Walker<br>P.O. Box 535<br>Sterling, IL 61081 | Unsecured | | $18,243.19 | $0.00 | $18,243.19 |
| 7 610 7100-00 | Select Employees Credit Union<br>c/o Attorney Kelli D. Walker<br>P.O. Box 535<br>Sterling, IL 61081 | Unsecured | | $19,512.92 | $0.00 | $19,512.92 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 29, 2012 |

Case Number:  08-72929  
Debtor Name:  SCHNEIDER, PHILIP JOHN  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8<br>610<br>7100-00 | AES/DDB<br>PO BOX 8183<br>HARRISBURG, PA  17105-9972 | Unsecured | | $8,828.44 | $0.00 | $8,828.44 |
| 9<br>610<br>7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Unsecured | | $12,314.29 | $0.00 | $12,314.29 |
| 10<br>610<br>7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Unsecured | | $13,507.52 | $0.00 | $13,507.52 |
| | Case Totals: | | | $107,698.29 | $0.00 | $107,698.29 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-72929
Case Name: SCHNEIDER, PHILIP JOHN
SCHNEIDER, LEE ANN
Trustee Name: BRADLEY J. WALLER

Balance on hand                                                                              $         10,982.68

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 2,600.10 | $ 0.00 | $ 2,600.10 |
| Trustee Expenses: BRADLEY J. WALLER | $ 102.00 | $ 0.00 | $ 102.00 |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $ 1,826.25 | $ 0.00 | $ 1,826.25 |

Total to be paid for chapter 7 administrative expenses        $         4,528.35

Remaining Balance                                                                     $         6,454.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 103,169.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | US Bank Corp/Retail Payment Solutions | $ 122.80 | $ 0.00 | $ 7.68 |
| 2 | US Bank Corp/Retail Payment Solutions | $ 3,426.43 | $ 0.00 | $ 214.36 |
| 3 | CAPITAL ONE BANK (USA), N.A. | $ 13,837.43 | $ 0.00 | $ 865.67 |
| 4 | CHASE BANK USA, NA | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 -2 | CHASE BANK USA, NA | $ 12,377.20 | $ 0.00 | $ 774.32 |
| 5 | Select Employees Credit Union | $ 999.72 | $ 0.00 | $ 62.54 |
| 6 | Select Employees Credit Union | $ 18,243.19 | $ 0.00 | $ 1,141.30 |
| 7 | Select Employees Credit Union | $ 19,512.92 | $ 0.00 | $ 1,220.73 |
| 8 | AES/DDB | $ 8,828.44 | $ 0.00 | $ 552.31 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 12,314.29 | $ 0.00 | $ 770.38 |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 13,507.52 | $ 0.00 | $ 845.04 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,454.33 |

    Remaining Balance                                                       $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*