UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHNEIDER, PHILIP JOHN | § | Case No. 08-72929 |
| SCHNEIDER, LEE ANN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                   Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                   Claims Discharged
                                                     Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/BRADLEY J. WALLER _____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Philip John Schneider |  |  |  |
| US Bankruptcy Clerk |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| Illinios Department of Revenue | | | | | |
| Thomas D. Murray PC | | | | | |
| Thomas D. Murray PC | | | | | |
| LEE G. SCHWENDNER, CPA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | AES/DDB | | | | | |
| 3 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 4 | CHASE BANK USA, NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 -2 | CHASE BANK USA, NA | | | | | |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 5 | SELECT EMPLOYEES CREDIT UNION | | | | | |
| 6 | SELECT EMPLOYEES CREDIT UNION | | | | | |
| 7 | SELECT EMPLOYEES CREDIT UNION | | | | | |
| 1 | US BANK CORP/RETAIL PAYMENT SOLUTIO | | | | | |
| 2 | US BANK CORP/RETAIL PAYMENT SOLUTIO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-72929 MB | Judge: MANUEL BARBOSA | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | SCHNEIDER, PHILIP JOHN | | Date Filed (f) or Converted (c): | 09/11/08 (f) |
| | SCHNEIDER, LEE ANN | | 341(a) Meeting Date: | 10/10/08 |
| For Period Ending: | 08/02/12 | | Claims Bar Date: | 01/12/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 17264 RIDGE ROAD, | 143,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 1102 W. MAIN ST., THOMPSON, JOINTLY WITH BROTHER | 27,492.00 | 0.00 | DA | 0.00 | FA |
| 3. CASH ON HAND | 50.00 | 0.00 | DA | 0.00 | FA |
| 4. CHECKING - SAUK VALLEY BANK | 101.97 | 0.00 | DA | 0.00 | FA |
| 5. CHECKING ACCT. - US BANK | 79.61 | 0.00 | DA | 0.00 | FA |
| 6. SAVINGS ACCT. - SELECT EMPLOYEES CREDIT UNION | 25.00 | 0.00 | DA | 0.00 | FA |
| 7. SAVINGS ACCT. - SELECT EMPLOYEES CREDIT UNION | 25.00 | 0.00 | DA | 0.00 | FA |
| 8. SAVINGS ACCT. - SAUK VALLEY BANK.- ACCOUNT BELONGS TO SON, BRYAN, FATHER ON ACCOUNT | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. CHECKING ACCT. - MILLIGIVILLE BANK JOINT WITH PERRY SCHNEIDER, BROTHER | 3.00 | 0.00 | DA | 0.00 | FA |
| 10. HOUSEHOLD GOODS AND FURNISHINGS | 1,932.00 | 0.00 | DA | 0.00 | FA |
| 11. SIMPLICITY LAWN MOWER | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 12. FAMILY PHOTOS | 100.00 | 0.00 | DA | 0.00 | FA |
| 13. CLOTHING | 350.00 | 0.00 | DA | 0.00 | FA |
| 14. RINGS | 150.00 | 0.00 | DA | 0.00 | FA |
| 15. TWO TERM POLICIES THROUGH COUNTRY COMPANIES INSU | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. CLAIM FOR WRONGFUL TERMINATION. LITIGATION | Unknown | 20,000.00 | | 20,000.00 | FA |
| 17. 2005 DODGE RAM 1500 | 9,600.00 | 0.00 | DA | 0.00 | FA |
| 18. 1999 OLDSMOBILE ALERO | 3,575.00 | 0.00 | DA | 0.00 | FA |
| 19. 2004 FORD EXPLORER | 9,500.00 | 0.00 | DA | 0.00 | FA |
| 20. 1980 FORD 250 PICKUP | 100.00 | 0.00 | DA | 0.00 | FA |
| 21. 2005 FORD EXPLORER | 15,999.00 | 0.00 | DA | 0.00 | FA |
| 22. 20 HEAD OF MILKING COWS | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 23. MILKING EQUIPMENT | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 24. FARMING EQUIPMENT | 18,900.00 | 0.00 | DA | 0.00 | FA |

LFORM1

Ver: 16.06d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Case 08-72929 Doc 75 Filed 08/29/12 Entered 08/29/12 13:36:47 Desc Main
Document Page 8 of 14

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

Case No: 08-72929 MB Judge: MANUEL BARBOSA  Trustee Name: BRADLEY J. WALLER
Case Name: SCHNEIDER, PHILIP JOHN  Date Filed (f) or Converted (c): 09/11/08 (f)
SCHNEIDER, LEE ANN  341(a) Meeting Date: 10/10/08
Claims Bar Date: 01/12/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. HAY | 3,000.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.09 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $317,482.58 | $20,000.00 | | $20,001.09 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Monitoring wrongful termination case

Initial Projected Date of Final Report (TFR): 12/31/09     Current Projected Date of Final Report (TFR): 03/31/12

LFORM1  Ver: 16.06d

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 08-72929 -MB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | SCHNEIDER, PHILIP JOHN | | Bank Name: | The Bank of New York Mellon |
| | SCHNEIDER, LEE ANN | | Account Number / CD #: | *******6065  Money Market Account |
| Taxpayer ID No: | *******9093 | | | |
| For Period Ending: | 08/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/25/11 | 16 | Federal Insurance Company<br>120 Fifth Avenue, Fifth Ave. Place<br>Pittsburgh, PA  15222-3008 | per court order of 02/23/11<br>DEPOSIT CHECK #431281 | 1129-000 | 20,000.00 | | 20,000.00 |
| 03/01/11 | 001001 | Thomas D. Murray PC<br>115 West First Street, Sutie 20<br>Dixon, IL  61021 | Per court order of 02/23/2011 | 3210-600 | | 6,666.66 | 13,333.34 |
| 03/01/11 | 001002 | Thomas D. Murray PC<br>115 W. First Street, Suite 20<br>Dixon, IL  61021 | Per court order of 02/23/2010 | 3220-610 | | 443.12 | 12,890.22 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 12,890.33 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,890.43 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,890.53 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,890.63 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,890.73 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 24.72 | 12,866.01 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,866.11 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.97 | 12,836.14 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.88 | 12,837.02 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,837.12 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.38 | 12,810.74 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,810.84 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.44 | 12,785.40 |
| 11/18/11 | 001003 | Illinios Department of Revenue<br>P.O. Box 19009<br>Springfield, IL  62794-9009 | Taxes | 2820-000 | | 303.00 | 12,482.40 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,482.50 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.88 | 12,454.62 |
| 12/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -27.88 | 12,482.50 |

Page Subtotals        20,000.91        7,518.41

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-72929 -MB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | SCHNEIDER, PHILIP JOHN | | Bank Name: | The Bank of New York Mellon |
| | SCHNEIDER, LEE ANN | | Account Number / CD #: | *******6065 Money Market Account |
| Taxpayer ID No: | *******9093 | | | |
| For Period Ending: | 08/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,482.60 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 12,482.68 |
| 01/26/12 | | Transfer to Acct #*******3267 | Bank Funds Transfer | 9999-000 | | 12,482.68 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 20,001.09 | 20,001.09 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 12,482.68 | |
| Subtotal | 20,001.09 | 7,518.41 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 20,001.09 | 7,518.41 | |

Page Subtotals  0.18  12,482.68

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 08-72929 -MB | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- |
| Case Name: | SCHNEIDER, PHILIP JOHN | Bank Name: | The Bank of New York Mellon |
| | SCHNEIDER, LEE ANN | Account Number / CD #: | *******6066  Checking Account |
| Taxpayer ID No: | *******9093 | | |
| For Period Ending: | 08/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-72929 -MB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | SCHNEIDER, PHILIP JOHN | | Bank Name: | Congressional Bank |
| | SCHNEIDER, LEE ANN | | Account Number / CD #: | *******3267 Checking Account |
| Taxpayer ID No: | *******9093 | | | |
| For Period Ending: | 08/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******6065 | Bank Funds Transfer | 9999-000 | 12,482.68 | | 12,482.68 |
| 03/29/12 | 001001 | Philip John Schneider | Exemption | 8100-000 | | 1,500.00 | 10,982.68 |
| | | Lee Ann Schneider | | | | | |
| | | 17264 Ridge Road | | | | | |
| | | Sterling, IL  61081 | | | | | |
| 05/09/12 | 001002 | LEE G. SCHWENDNER, CPA | Accountant for Trustee Fees (Other | 3410-000 | | 1,826.25 | 9,156.43 |
| | | DiGiovine, Hnilo, Jordan & Joh | | | | | |
| | | 2570 Foxfield Road, Suite 301 | | | | | |
| | | St. Charles, IL  60174 | | | | | |
| 05/09/12 | 001003 | BRADLEY J. WALLER | Trustee Expenses | 2200-000 | | 102.00 | 9,054.43 |
| | | KLEIN STODDARD BUCK WALLER | | | | | |
| | | 2045 ABERDEEN COURT | | | | | |
| | | SYCAMORE, IL  60178 | | | | | |
| 05/09/12 | 001004 | BRADLEY J. WALLER | Trustee Compensation | 2100-000 | | 2,600.10 | 6,454.33 |
| | | KLEIN STODDARD BUCK WALLER | | | | | |
| | | 2045 ABERDEEN COURT | | | | | |
| | | SYCAMORE, IL  60178 | | | | | |
| 05/09/12 | 001005 | US Bank Corp/Retail Payment Solutions | Claim 1, Payment 6.25407% | 7100-000 | | 7.68 | 6,446.65 |
| | | PO BOX 5229 | | | | | |
| | | Cincinnati, OH  45201 | | | | | |
| 05/09/12 | 001006 | US Bank Corp/Retail Payment Solutions | Claim 2, Payment 6.25607% | 7100-000 | | 214.36 | 6,232.29 |
| | | PO BOX 5229 | | | | | |
| | | Cincinnati, OH  45201 | | | | | |
| 05/09/12 | 001007 | CAPITAL ONE BANK (USA), N.A. | Claim 3, Payment 6.25600% | 7100-000 | | 865.67 | 5,366.62 |
| | | C/O TSYS DEBT MANAGEMENT (TDM) | | | | | |
| | | PO BOX 5155 | | | | | |
| | | NORCROSS, GA  30091 | | | | | |
| 05/09/12 | 001008 | CHASE BANK USA, NA | Claim 4 -2, Payment 6.25602% | 7100-000 | | 774.32 | 4,592.30 |
| | | PO BOX 15145 | | | | | |

Page Subtotals  12,482.68  7,890.38

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 08-72929 -MB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | SCHNEIDER, PHILIP JOHN | | Bank Name: | Congressional Bank |
| | SCHNEIDER, LEE ANN | | Account Number / CD #: | *******3267 Checking Account |
| Taxpayer ID No: | *******9093 | | | |
| For Period Ending: | 08/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/09/12 | 001009 | WILMINGTON, DE 19850<br>Select Employees Credit Union<br>c/o Attorney Kelli D. Walker<br>P.O. Box 535<br>Sterling, IL 61081 | Claim 5, Payment 6.25575% | 7100-000 | | 62.54 | 4,529.76 |
| 05/09/12 | 001010 | Select Employees Credit Union<br>c/o Attorney Kelli D. Walker<br>P.O. Box 535<br>Sterling, IL 61081 | Claim 6, Payment 6.25603% | 7100-000 | | 1,141.30 | 3,388.46 |
| 05/09/12 | 001011 | Select Employees Credit Union<br>c/o Attorney Kelli D. Walker<br>P.O. Box 535<br>Sterling, IL 61081 | Claim 7, Payment 6.25601% | 7100-000 | | 1,220.73 | 2,167.73 |
| 05/09/12 | 001012 | AES/DDB<br>PO BOX 8183<br>HARRISBURG, PA 17105-9972 | Claim 8, Payment 6.25603% | 7100-000 | | 552.31 | 1,615.42 |
| 05/09/12 | 001013 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 9, Payment 6.25598% | 7100-000 | | 770.38 | 845.04 |
| 05/09/12 | 001014 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 10, Payment 6.25607% | 7100-000 | | 845.04 | 0.00 |
| 06/08/12 | | US Bank<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Overpayment | 1290-000 | 7.68 | | 7.68 |
| 07/02/12 | 001015 | US Bankruptcy Clerk<br>219 S. Dearborn<br>Chicago, IL 60604 | Per UST | 8500-000 | | 7.68 | 0.00 |
| | | | Page Subtotals | | 7.68 | 4,599.98 | |

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 08-72929 -MB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | SCHNEIDER, PHILIP JOHN | | Bank Name: | Congressional Bank |
| | SCHNEIDER, LEE ANN | | Account Number / CD #: | *******3267 Checking Account |
| Taxpayer ID No: | *******9093 | | | |
| For Period Ending: | 08/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 12,490.36 | 12,490.36 | 0.00 |
| Less: Bank Transfers/CD's | 12,482.68 | 0.00 | |
| Subtotal | 7.68 | 12,490.36 | |
| Less: Payments to Debtors | | 1,507.68 | |
| Net | 7.68 | 10,982.68 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********6065 | 20,001.09 | 7,518.41 | 0.00 |
| Checking Account - ********6066 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********3267 | 7.68 | 10,982.68 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 20,008.77 | 18,501.09 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 16.06d